*Chamberlin vs Saunders* Filed in Clks office

Apʳ 30th 1828 

(Page 1ˢᵗ)

Territory Michigan }
County Sᵗ Clair } to wit

I Everett Beardsley one of the Justices of the peace in and for said County Do Certify to the Justices of the people of the Territory of Michigan of the Supreme Cort of Judicature of the same people— that on the 21ˢᵗ Day of Decemʳ A. D. 1827 at Sinclair in the County afore said Harmon Chamberlain the plantiff in said writ named, Complained Against Henry Saunders for Detaining a certain Horse here in after discribed and requested of me a writ of Replevin to recover said horse which he said he had bought of Wᵐ Brown and in pursuance of the authority vested in me as a Justice of the Peace in and for said county Did on the 21ˢᵗ Day of December 1827 Ishue writ of replevin Directed to any Constable of the said county to Replevy one Dark Bay Stud Horse with four white feet and a white spot in his forehead now Detained by Henry Saunders & belonging to H. Chamberlain, &c.— Damagees in said writ $20— said writ returned to me Servᵈ by E. H. Rose constable on the 28ᵗʰ Day of Decemʳ 1827 together with a bond to the adverse party in the sum of $40— Signed by H Chamberlain and Mark Hopkins at which time the Parties appered and cort was opened at 10 oclock A. M. the Defendant requested a Venira for a Jury of 12 men Venira Ishude and a pannel of Jurors names returnᵈ by E. H. Rose constable. the following persons were Sworn and empanneld for a Jury.

1 Williams L Richards
2 Rodolphus S. Richards
3 Charles Philips
4 Levi Barber
5 James Hall
6 Reuben Hamilton
7 Daniel Furgoson
8 Benjamin Carns
9 George Palmer
10 Louis Sᵗ Barnard
11 Edward Hopkins
12 Galard Goodell

William Brown Andrew Wesbrook Daniel Furgoson James Hall were sworn to testify in the above Suit being previously supeonaed on the part of the plantiff. the case appear$^d$ by the testimony of M$^r$ Brown and M$^r$ Wesbrook as follows. next page (Page 2nd) The substance of the testimony of W$^m$ Brown & Andrew Wesbrook. says M$^r$ Brown some time in the fall or winter of 1824 I met Henry Saunders and asked him if a certain mare of his was then with fold to which Saunders replied no. says M$^r$ Brown I think she is. says Saunders I think it imposable M$^r$ Brown says to Sanders what will you take for the colt at a venture whether she has one or not. after some coversation Saunders agreed to take a good Likely Sheep, thus the bargain was made and John S. Fish was cald to witness the bargain, and Saunders was to Let the colt run with the mare until it was fit to ween. says M$^r$ Brown in the spring of 1825 the mare had a Colt as it hapen$^d$. in the fall of the Same year says M$^r$ Brown I cald on Saunders for the colt. & he the said Saunders refused to give up the Colt. Says M$^r$ Brown I frequently told Saunders in the course of the Summer of 1825 that he mite call and get the Sheep when he pleas$^d$ but that Saunders Did not call on him for the sheep and would not give up the colt. thus Says M$^r$ Brown stood the case untill December 1827 at wich time Harmon Chamberlain and others was at the said M$^r$ Browns and heard the Story concerning the contract between M$^r$ Brown and & H Saunders. the Said Chamberlain says to M$^r$ Brown what will you take for your Intrest in that Contract after some conversation on the subject M$^r$ Brown ageed to take $5.50 which sum the said Chamberlain paid to M$^r$ Brown and M$^r$ Brown was to shew Chamberlain which Colt it was which Says M$^r$ Brown I Did and had then fulfill$^d$ my contract with the said Chamberlain for he was to take the contract at his own risk Says M$^r$ Brown I have no Intrest in the Event of the suit. Andrew Wesbrooks testified in substance the sam as it respects the first contract between Brown & Saunders. M$^r$ Furgoson and M$^r$ Hall the same as M$^r$ Brown Concernning Next Page (Page 3rd) the contract beteen M$^r$ Brown & H. Chamberlain. after hearing the testimony and the remarks made by the parties. (Edward H Rose Constable) was sworn to take charge of the Jury according to Law the Jury being Absent from the cort a long time reported to the cort by the constable that they could not agree and wish$^d$ to be Discharged the cort sent word back that they must agree, but when the cort was fully convins$^d$ that the jury would never agree Discharged them firs having the concent of the parties. the Cort then fixed on the 2nd Day of January 1828 for a new trial. the Defendant requested a second Venira which was granted. on the said 2nd Day of January a pannel of Jurors names was return$^d$ by Isaac Case Constable the parties appear$^d$ for trial cort open$^d$ at 2 oclock P. M. the following persons were sworn & impannel$^d$ for a Jury (viz) 1 Phineas Wright 2 Joseph Elis 3 Stephen B Gromon 4 George Harror 5 Thomas Dart 6 Francis Duchane 7 Michael Dechane 8 Louis Shortie 9 Daniel Stewart 10 Levi Hunt 11 John Miller 12 John M$^c$Tier The following persons being previously Supeonaed were sworn for witnesses on the part of the plantiff. W$^m$ Brown John S. Fish Andrew Wesbrook James Hall George Harror The Substance of the testimony from the present witnesses the same as is put Down in the first trial. tho W$^m$ Brown added that he was not to Deliver the horse to the said Chamberlain but only to shew the Said Chamberlain which the horse was which he Did M$^r$ brown was ask$^d$ by the Jury if the Said Saunders had the Sheap he answerd no. But the sheep was ready for him when cal$^d$ for after the Jury had heard the testimony and the observations of the parties there on retired to their room Isaac Case Constable was sworn to take charge of the Jury according to Law, the Jury again was keept together until a Most morning Could not agree and was

Discharged as the first the parties then agreed to submit the case to refferees James B. Woolverton & Ruben Hamilton ware agreed on by the parties and they chose James Ogden for the third man the refferees was sworn and their Desision was to be a rule of Cort Next Page (Page 4th)

The refferees handed over to me their Desision in writing which was as follows. Agreed that Henry Suunders pay H. Chamberlain $5.50 and that H. Chamberlain return said horse to Henry Saunders and that H. Chamberlain pay the cost of suit Dated January 2nd 1828 Sign<sup>d</sup>

James B. Woolverton
James Ogden

The plantiff H. Chamberlain refused to abide Judgment plead<sup>d</sup> to the cort that the Desision of the referees was illegal and that they would not get the horse in that way so long as God spared his life. & argued that the cort could not Ishue Execution against H. Saunders for $5.50 and against him for the horse and Cost of suit. the Cort perceiv<sup>d</sup> a Difficulty and set aside the Judgment of the referees as illegal and postpon<sup>d</sup> a Desion of the case until Saturday 5th January 1828 one oclock P.M. at which time the Plantiff appear<sup>d</sup> and demanded trial by Jury. but I as a Cort being worn out with the case and being so situate that it was imposable for me as a cort to wait on another Jury. and Considering that the Defendant not being informd of the request for a third Venira that it would be going beyond Law Reason & Justice Decided against it and proce<sup>d</sup> to give Judgement in favor of the Defendant considering the horse Irrepleavable.—

the plantiff within 48 hours gave notice to me in writing that he should Certiorr<sup>i</sup> the Judgment and within 20 Days precured Bail in the sum of $80 Sign<sup>d</sup> by H. Chamberlain principal and James Fulton Hiram Main and John H. Wesbrook which was by me accepted—

| | | |
|---|---|---|
| Cost Tax<sup>d</sup> Cort fees — — — — — — — | $3.80¾ | |
| to E. H. Rose Constable — — — — — — | 3.06¼ | |
| to James Fulton for serving Supeona — — — | 0-87½ | |
| to Isaac Case Constable — — — — — — | 1-93½ | |
| Witnesses fees — — — — — — — — | 6-18¾ | |
| | $15-86¾ | |
| To James Fulton for certificat ——————— | 25 | |
| | $16-11¾ | total |

Given under my hand at S<sup>t</sup> Clair thi 22nd Day of April A.D. 1828 EVERETT BEARDSLEY } Justice of the Peace in and for Said County

Territory of Michigan } Ss. I hereby Certify that Everett Beardsley esquire
County of S<sup>t</sup> Clair whose name appears on the foregoing exemplification, was at the date of said Judgment, a Justice of the peace, in and for the County and Territory aforesaid.

[SEAL]

In Testimony whereof I have here unto set my hand and affixed the Temporary seal of the aforesaid County Court and dated at the Town of S<sup>t</sup> Clair in the aforesaid county, this twenty second day of April in the year of our Lord Eighteen hundred and twenty Eight—

JAMES FULTON
Dep<sup>ty</sup> Clerk
S<sup>t</sup> C. C C<sup>t</sup>